UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN J. TATAR,

    Plaintiff,

v.

GENO D. SALOMONE,
MATTHEW A. ZICK,
DAVID F. GRECO,
DEANNA WARUNEK,
JAMES PILCHAK,
RUTH JOHNSON,
BILL SCHUETTE, and
ANNE BOOMER,

    Defendants
_____/

Case No. 2:19-cv-10331
District Judge Paul D. Borman
Magistrate Judge Anthony P. Patti

## ORDER GRANTING THE CITY OF TAYLOR DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RULING ON DEFENDANTS' MOTIONS TO DISMISS (DE 19) and HOLDING IN ABEYANCE PLAINTIFF'S MOTIONS TO DETERMINE THE SUFFICIENCY OF RESPONSES AND/OR OBJECTIONS TO DISCOVERY REQUESTS (DEs 21, 22)

On June 20, 2019, the Undersigned recommended that the Court grant the State of Michigan and City of Taylor Defendants' motions to dismiss. I further suggested that, if the Court agrees with this recommendation, then it should also decline to exercise supplemental jurisdiction over Plaintiff's state law claims, 28 U.S.C. § 1367, and remand them to state court. (*See* DE 18.) Review of my report

1

and recommendation, as well as the City of Taylor's objections thereto (DE 20), is now before Judge Borman.

Upon consideration of my foregoing recommendation, the City of Taylor Defendants' June 25, 2019 motion to stay discovery pending ruling on the motions to dismiss (DE 19) is **GRANTED**. The stay of discovery will automatically lift in the event Plaintiff's case survives either of the pending motions to dismiss. (*See* DEs 7, 12.) Accordingly, Plaintiff's motion to determine the sufficiency of the State of Michigan Defendants' discovery responses (DE 21), regarding which a response has been filed (DE 24), and Plaintiff's motion to determine the sufficiency of the City of Taylor Defendants' discovery responses and objections (DE 22), regarding which a response has been filed (DE 23), are each **HELD IN ABEYANCE** until it is evident whether this case survives either of the pending motions to dismiss.

Dated: July 24, 2019          s/*Anthony P. Patti*
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE